UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Gary Wolff

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -MJ-    ( UA ) ( )

**20-mag-10477**

Defendant <u>Gary Wolff</u> hereby voluntarily consents to participate in the following proceeding via <u> X </u> videoconferencing or <u> X </u> teleconferencing:

<u>  X  </u>   Initial Appearance Before a Judicial Officer

___        Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

<u> X </u>     Bail/Detention Hearing

___        Conference Before a Judicial Officer


/s/ Gary Wolff_____        /s/ Jonathan Marvinny_____
Defendant's Signature            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  Gary Wolff_____            Jonathan Marvinny_____
Print Defendant's Name           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Sept. 30, 2020                                   _____
Date                                             U.S. District Judge/U.S. Magistrate Judge